No. 78–544. GIANGROSSO ET AL. v. LOUISIANA. Ct. App. La., 1st Cir. Motion of Public Defender of California for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 78–623. ROGERS v. LOUGH, MAGISTRATE FOR WETZEL COUNTY. Sup. Ct. App. W. Va. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–735. PENNINGTON v. KANSAS ET AL. Sup. Ct. Kan. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari. 

No. 78–828. RESSLER ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. 

No. 78–968. AKERS MOTOR LINES, INC., ET AL. v. DRIVERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS, TEAMSTERS LOCAL UNION No. 71. C. A. 4th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. 

No. 78–872. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. v. NATIONAL ASSOCIATION OF RECYCLING INDUSTRIES, INC., ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 78–881. UNITED STATES v. SCOTT. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 78–1043. ABRAMS, ATTORNEY GENERAL OF NEW YORK v. SINGLETON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.